**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7459**

---

BENJAMIN FAULKNER,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:22-cv-00073-JAG)

---

Submitted:  May 18, 2023                          Decided:  May 23, 2023

---

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Benjamin Faulkner, Appellant Pro Se.  Jin Ah Lee, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Faulkner appeals the district court's order denying his motion for return of property under Fed. R. Crim. P. 41(g). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Faulkner v. United States*, No. 3:22-cv-00073-JAG (E.D. Va. Oct. 3, 2022). We deny Faulkner's motion to reconsider the order denying his motion for an extension of time to file a supplemental informal opening brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*